

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2020

No. 04-19-00711-CV

**IN RE A.G.B., A CHILD**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02272
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The court has considered the Appellee's Motion for Reconsideration En Banc, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court